IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID ALLEN CAFFAS, :
    Petitioner :
: No. 1:16-cv-00918
v. :
: (Judge Kane)
COMMONWEALTH OF :
PENNSYLVANIA, et al., :
    Respondent :

## ORDER

**AND NOW**, on this 23rd day of March 2018, upon consideration of Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), Respondent's response and attachments (Doc. No. 15), Petitioner's proposed traverse (attachments 1, 2, and 3 to Doc. No. 21), and Petitioner's motion to file an "oversized" traverse (Doc. No. 21), Petitioner's motion to alter or amend judgment (Doc. No. 20), Petitioner's motion to expand the record (Doc. No. 22), and Petitioner's motion for leave to appeal in forma pauperis (Doc. No. 23), **IT IS ORDERED THAT:**

1. Petitioner David Allen Caffas' motion to file an "oversized" traverse (Doc. No. 21), is **GRANTED**. The proposed traverse (attachments 1, 2 and 3 to Doc. No. 21), shall be separately docketed by the Clerk of Court as Petitioner's traverse;

2. Petitioner's motion to alter or amend judgment (Doc. No. 20), is **DENIED as moot**;

3. Petitioner's motion to expand the record (Doc. No. 22), is **DENIED**;

4. Petitioner's motion for leave to appeal in forma pauperis (Doc. No. 23), is **DENIED as improvidently filed**;

5. Adjudication of Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **STAYED**;

6. Within thirty (30) days of the termination of Petitioner's state court proceedings regarding his second PCRA action, Petitioner is directed to file a written status report with the Court detailing the conclusion of his Pennsylvania state court

exhaustion efforts and including a copy of the Superior and/or Supreme Court's disposition; and

7. For administrative purposes only, the Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania