IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID ALLEN CAFFAS,** | : | |
| Petitioner | : | |
| | : | No. 1:16-cv-00918 |
| v. | : | |
| | : | (Judge Kane) |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, et al.,** | : | |
| Respondent | : | |

## **ORDER**

**AND NOW**, on this 22nd day of August 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. David Allen Caffas' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DISMISSED** as time-barred by the statute of limitations. See 28 U.S.C. § 2244(d);

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c)(2); and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
